AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

PHILLIP A. HOCKING,

          Plaintiff,

          v.

SPOKANE COUNTY SHERIFF'S DETENTION SERVICES, JOHN McGRATH, CITY OF SPOKANE, SHELLEY SZAMBELAN,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-604-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  the complaint is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

April 8, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia